**In re VIBRYNT, INC.**

**No. 2013–1019.**

United States Court of Appeals, Federal Circuit.

Oct. 15, 2013.

Jill M. Pietrini, Sheppard, Mullin, Richter & Hampton, LLP, of Los Angeles, California, argued for appellant.

Thomas L. Casagrande, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were Nathan K. Kelley, Deputy Solicitor, and Christina J. Hieber, Associate Solicitor.

PROST, PLAGER, and TARANTO, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**